## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION
## CIVIL ACTION NO. 5:23-cv-513-FL

|  |  |  |
|---|---|---|
| | ) | |
| CRYOGEN, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER APPOINTING** |
| v. | ) | **SPECIAL PROCESS SERVER** |
| | ) | |
| STEM HEALTH F/K/A CENTRO DE | ) | |
| BIOTECNOLOGIA SANTER, S.C. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY ORDERED**, that APS International, Ltd., including its designated agents, is appointed and authorized to effect service of process on Defendant Stem Health f/k/a Centro De Biotecnologia Santer, S.C., in Mexico. Service shall be effected according to any internationally agreed means, the laws of the foreign country, or as directed by the foreign authority or the originating court if not otherwise prohibited by international agreement or the laws of the foreign country, and in a manner reasonably calculated to give notice.

This the 28th day of September, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge